**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01617-CR

**JESSE LEE AUSTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82407-2013**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Counsel previously informed the Court that counsel sent appellant a copy of the record. Accordingly, appellant's pro se response is due by **SEPTEMBER 10, 2014**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jesse Austin, TDCJ No. 1889220, Buster Cole Unit, 3801 Silo Road, Bonham, Texas 75418.

/s/ DAVID EVANS
JUSTICE